IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-MC-21878-KING/BANDSTRA

LEONARD ROSENBERG

        Petitioner,

v.

UNITED STATES OF AMERICA
DONNA CAMEJO, REVENUE AGENT
INTERNAL REVENUE SERVICE

        Respondents.
_____/

## FINAL ORDER OF DISMISSAL

Upon consideration of the Agreed Motion of the United States to Vacate and Reissue Order Granting Motion for Summary Enforcement As Report and Recommendation [D.E. 10], and the Agreed Motion to Construe Magistrate's Order As a Report and Recommendation and to Adopt Construed Report and Recommendation as the Opinion of the Court [D.E. 13], and after *de novo* review of the record in this case, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    The Agreed Motion of the United States to Vacate and Reissue Order Granting Motion for Summary Enforcement As Report and Recommendation, and the Agreed Motion to Construe Magistrate's Order As a Report and Recommendation and to Adopt Construed Report and Recommendation as the Opinion of the Court, are GRANTED.

3342790.1

2. Magistrate Judge William C. Turnoff's Order, entered on December 2, 2007, is CONSTRUED as a report and recommendation.

3. Magistrate Judge Turnoff's Order, construed as a report and recommendation, is ADOPTED as the opinion of the Court.

4. The United States' Motion for Summary Enforcement of Internal Revenue Service Summons [D.E. 4] be, and the same is hereby, **GRANTED,** and Plaintiff Leonard Rosenberg's Petition to Quash IRS Summons Pursuant to 26 U.S.C. §7609(b) [D.E. 1] be, and the same is hereby **DENIED.** It is duly noted that, during the pendency of this matter, Citibank had complied with the subpoena by mailing responsive materials to Defendant Camejo. She had not reviewed same pending resolution but is now free to do so.

5. Each party shall bear its own fees and cost incurred in connection with this matter.

6. All pending motions are DENIED as MOOT.

7. The Clerk is instructed to CLOSE the above-styled matter.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 11th day of June, 2008.

_____
JUDGE LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

*Counsel for Defendant*
DAVID ZISSERSON
U.S. Department of Justice

P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6479
Facsimile: (202) 514-4868
david.zisserson@usdoj.gov

*__Counsel for Plaintiff__*
Ayuban Antonio Tomas
Weisberg & Kainen
1401 Brickell Avenue
Suite 800
Miami, FL 33131-3554
305-374-5544
Fax: 358-8565
Email: tony@weisbergandkainen.com

Dennis Gary Kainen
Weisberg & Kainen
1401 Brickell Avenue
Suite 800
Miami, FL 33131-3554
305-374-5544
Fax: 358-8565
Email: dennis@weisbergandkainen.com

3342790.1